# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LE BON TABLE BRAND FOODS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MARY BONHAGE, WILLIAM GUEST, LEN HAYS, JAMES BARRUS, CAROLYN BERRY, ALBERTO COLON, ARTEMIO RIVERA, GARY CROWN, PETE GIANAKOS,<br><br>Defendants. | 2:10-CV-0839-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #23), filed on June 21, 2010.  On June 22, 2010, this Court entered a Minute Order (Doc. #25) giving Plaintiff up to and including July 6, 2010, to file a response thereto.  As of this date, Plaintiff has failed to comply and the time to do so has now expired, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #23) is **GRANTED**.

Dated: July 19, 2010.

_____
PHILIP M. PRO
United States District Judge